

Entered on Docket
February 10, 2011

_____
Hon. Bruce T. Beesley
United States Bankruptcy Judge

David Krieger, Esq.
Nevada Bar No.: 9086
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Javier Salazar and Maria C. Salazar

E-FILED: February 9, 2011

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No. BKS-09-32743-BTB <br> Chapter 13 |
| **Javier Salazar and Maria C. Salazar,** | |
| Debtor(s). | |

### EX- PARTE ORDER TO DISMISS PARTY (JAVIER SALAZAR)

COMES NOW, Debtor, **Javier Salazar** by and through attorney of record, David Krieger, Esq., and hereby elects pursuant to 11 U.S.C. § 1307(b), to dismiss **Javier Salazar** from the above-captioned case. Maria Salazar will not be dismissed and shall continue the case under her name only. The Debtor is entitled to dismiss himself from this case because:

1. This case, filed on December 03, 2009, is a case under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted under Section 706 or 1112 of the Bankruptcy Code.

**IT IS THEREFORE ORDERED** that Javier Salazar be dismissed from Case No. **09-32743-BTB.**

Dated: February 9, 2011

<u>/s/David Krieger, Esq.</u>
David Krieger, Esq.
Attorney for Debtor(s)

###